**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01978-AP

CAROL S. JACOBSON,

       Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

       Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.**    **APPEARANCES OF COUNSEL**

    For Plaintiff:

    Virginia L. Card Smith
    1763 Franklin Street
    Denver, CO 80218
    394-9945
    Vsmith3470@aol.com

    For Defendant:

    DAVID M. GAOUETTE
    United States Attorney

    KEVIN TRASKOS
    Assistant United States Attorney
    United States Attorney's Office
    Deputy Chief, Civil Division
    District of Colorado
    Kevin.Traskos@usdoj.gov

    Debra J. Meachum
    Special Assistant United States Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    Telephone: (303) 844-1570
    debra.meachum@ssa.gov

**2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C.
405(g).

**3.      DATES OF FILING OF RELEVANT PLEADINGS**

A.   Date Complaint Was Filed**:  8/20/09.**
B.   Date Complaint Was Served on U.S. Attorney's Office**:  9/9/09.**
C.   Date Answer and Administrative Record Were Filed**:  11/9/09.**

**4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is
complete
and accurate.

**5.      STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL
CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe the case raises unusual claims
or defenses.

**7.      OTHER MATTERS**

The parties have no other matters to bring to the attention of the court.

**8.      BRIEFING SCHEDULE**

A.  Plaintiff's Opening Brief Due**:       2/1/10.**
B.  Defendant's Response Brief Due**:       3/2/10.**
C.  Plaintiff's Reply Brief (If Any) Due**:  3/17/10.**

**9.      STATEMENTS REGARDING ORAL ARGUMENT**

A.      Plaintiff's Statement:  Plaintiff does not request oral argument.
B.      Defendant's Statement: Defendant does not request oral argument**.**

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.      (  ) All parties have consented to the exercise of jurisdiction of a United States
Magistrate Judge.
B.      (X) All parties have not consented to the exercise of jurisdiction of a United
States Magistrate Judge.

**11.**     **OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12.**     **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

        DATED this 30th day of November, 2009.

                                        BY THE COURT:


                                        *<u>s/John L. Kane</u>*
                                        U.S. DISTRICT COURT JUDGE

APPROVED:

**For Plaintiff:**

**s/Virginia L. Card Smith**
Virginia L. Card Smith
1763 Franklin Street
Denver, CO 80218
394-9945
Vsmith3470@aol.com

**For Defendant:**

DAVID M. GAOUETTE
United States Attorney

KEVIN TRASKOS
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**s/Debra J. Meachum**
By: Debra J. Meachum
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Ste. 1001A
Denver, Colorado 80294
(303) 454-1570
debra.meachum@ssa.gov